**Order filed December 14, 2020**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

———————

## NO. 14-19-00168-CR
———————

**ANDRE JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 180th District Court
Harris County, Texas
Trial Court Cause No. 1601749**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit numbers 4 and 5.**

The clerk of the 180th District Court is directed to deliver to the Clerk of this court the original of State's Exhibit numbers 4 and 5, on or before **December 21,**

2020. The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit numbers 4 and 5, to the clerk of the 180th District Court.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan and Poissant.